1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. VIEIRA,<br><br>           Petitioner,<br><br>    v.<br><br>KEVIN CHAPPELL, Warden of California State Prison at San Quentin,<br><br>           Respondent. | Case No.: 1:13-cv-00337 AWI<br><br>CORRECTED ORDER  DENYING PETITIONER'S MOTION FOR REHEARING PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59(e) |

This matter is before the Court on the post-judgment motion of Petitioner Richard J. Vieira ("Vieira") for a rehearing on the dismissal of his petition for a writ of habeas corpus (28 U.S.C. § 2241(c)(3)) and denial of his motion to disqualify the undersigned from hearing his case.  The Court entered the complained of order on April 12, 2013 (doc. 8).  Judgment followed the same day (doc.9). The present motion is brought pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, providing a 28-day window within which to move to amend or alter judgment.  Vieira's motion is timely under this rule.

Vieira argues that the April 12, 2013 order evinces an abdication of responsibility by the Court's refusal to rule on genuine, justiciable, cognizable claims.  Specifically he claims that while the Court acknowledged the illegality of the procedures utilized by the California Supreme Court, it claims it is without authority to correct the procedures.  This statement is partially correct.

1

1    The Court did state it is without authority to amend the policies and procedures implemented in the

2    California Supreme Court.  The Court did not acknowledge any illegality or wrongfulness in those

3    procedures.  As Vieira has argued in this present motion, the Court has provided an explanation for its

4    ruling on the merits of the petition.  Vieira has not provided any new arguments or facts that would

5    alter the prior ruling.

6        Similarly, with respect to the disqualification motion, nothing new has been offered to demonstrate

7    that disqualification is appropriate under 28 U.S.C. § 455(b).

8        The motion is denied.

9        IT IS SO ORDERED.

10

11   Dated: <u>July 18, 2013</u>

12                                        <u>/s/ Anthony W. Ishii</u>
                                          Anthony W. Ishii
13                                        United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          2

ODenyR59eMoCorrected-VieProSe